IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY C. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 10-0658 |
| | ) | |
| v. | ) | |
| | ) | JUDGE LANCASTER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | **Electronic Filing** |
| | ) | |
| Defendant. | ) | |

## ORDER

And now, this **22** day of **Aug**, 2011, upon consideration of the afore-stated stipulation, it is hereby, ordered that Plaintiff, Jerry C. Brooks, is awarded attorney fees under the EAJA in the amount of Five Thousand Four Hundred dollars and 00/00 cents ($5,400.00). These attorney fees will be paid directly to Plaintiff, Jerry C. Brooks, and sent to the business address of plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this order to the extent necessary to satisfy such debt(s).

By the court:

_____ J.