UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY C. BROOKS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 10-0658 |
| ) | |
| v. ) | |
| ) | JUDGE LANCASTER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | *Filed Electronically* |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 29th day of March, 2012, upon consideration of Plaintiff's Motion for an Award of Attorney's Fees Pursuant to § 206(b) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby,

**ORDERED**

as follows:

1. The Court authorizes a payment in the amount of nine thousand, two hundred, seventy nine dollars and twenty five cents ($9,279.25), in attorney's fees being withheld from Plaintiff's past-due benefits for court related services;

2. Upon receipt of this sum, Lindsay Fulton Brown shall remit five thousand four hundred dollars and 00/00 cents ($5,400) directly to Plaintiff, representing the sum already paid to Karl E. Osterhout on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____
UNITED STATES DISTRICT COURT JUDGE